## Atkins' Estate

Before Van Dusen, P. J., and Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

*Fitzhugh L. Styles,* for exceptant.
*Roy Pressman,* contra.

BOLGER, J., December 8, 1939.—The exceptions relate exclusively to the action of the auditing judge in refusing to accept belated objections to the competency of claimant as a witness. The law is clear that objection must be seasonably taken, and if not registered in time is held waived: Rash's Estate, 22 D. & C. 405. See also Dean et al. v. Warnock, 98 Pa. 565.

The exceptions are dismissed and the adjudication is confirmed absolutely.